# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 16, 2021

## NO. 03-21-00246-CV

**Alison Whittington and Matthew Whittington, Appellants**

**v.**

**Ranch at Cypress Creek Municipal Utility District No. 1, Appellee**

**APPEAL FROM THE COUNTY COURT AT LAW NO. 2 OF WILLIAMSON COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
DISMISSED ON JOINT MOTION -- OPINION BY JUSTICE BYRNE**

This is an appeal from the judgment signed by the trial court on March 23, 2021. The parties have filed a joint motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.